MICHAEL J. HORENSTEIN, Respondent, v. NEW YORK CITY OMNIBUS CORPORATION, Appellant.— In an action to recover damages for personal injuries, order granting a preference affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ., concur.

∎

MARY L. D. HOWE, Appellant, v. GEORGE HOWE, Respondent.— Plaintiff appeals from an order, made after a hearing before an Official Referee appointed to hear and determine, denying her motion to modify a judgment of separation by increasing the alimony provisions therein, and for counsel fee and other relief. Order affirmed, without costs. No opinion. Nolan, P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ., concur.

∎

DRESNA ISRAELSON et al., Appellants, v. ARTHUR SCHWARTZ et al., Respondents.— Action to recover damages for personal injuries alleged to have been sustained by plaintiffs, passengers in an automobile owned by defendant Etta Israelson and operated by the other defendant. The jury rendered a verdict for $3,750 in favor of each plaintiff against defendants. Plaintiffs appeal from an order denying their motion to set aside the verdict as inadequate. Order unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Adel, MacCrate, Schmidt and Beldock, JJ.

∎

In the Matter of HEMPSTEAD BOTTLING WORKS CORP., Respondent, against A. HOLLY PATTERSON et al., Constituting the Town Board of the Town of Hempstead, Appellants.— In a proceeding pursuant to article 78 of the Civil Practice Act, respondents, constituting the Town Board of the Town of Hempstead, appeal from an order, which annulled its determination denying petitioner's application for a zoning " variance." The order appealed from remitted the proceeding to the said board for further consideration and determination. Appeal dismissed, with $10 costs and disbursements. The order is not appealable. (Civ. Prac. Act, § 1304; *Matter of Bly* v. *Witmer*, 263 App. Div. 1069; *Matter of Francisco* v. *O'Connell*, 274 App. Div. 796.) Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ.